## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

NICHOLAS DEL CIOTTO, INDIVIDUALLY    :    Nos. 14 and 16 EM 2018
AND AS ADMINISTRATOR OF THE    :
ESTATE OF ROCCO DEL CIOTTO,    :
   :
   :
Petitioner    :
   :
   :
v.    :
   :
   :
THE PENNSYLVANIA HOSPITAL OF THE    :
UNIVERSITY OF PENN HEALTH    :
SYSTEM, UNIVERSITY OF PENN    :
HEALTH SYSTEM, ROBERT    :
CENTRONE, D.O., ELECTRONIC    :
SECURITY SOLUTIONS, LLC AND    :
JEFFREY MITCHELL, MARK TESTA,    :
D.O., AND STEINGARD & TESTA    :
MEDICAL ASSOCIATES, HCR    :
MANORCARE, INC AND HCR    :
HEALTHCARE, LLC AND HEALTHCARE    :
AND RETIREMENT CORPORATION OF    :
AMERICA, INTERSTATE REALITY    :
MANAGEMENT COMPANY, NORMA    :
LOTTENGER,    :
   :
Respondents

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of November, 2018, it is noted that the bankruptcy court recently granted the motion for entry of a final decree filed by HCR Manor Care Inc. *See In re HCR Manor Care, Inc.*, No. 18-10467 (Bankr. D. Del.) (order dated October 2, 2018). As such, the instant "Application to Lift Bankruptcy Stay," which seeks to lift the stay that had been imposed in the action in this Court due to the pendency of the bankruptcy proceeding, is GRANTED. *See* 11 U.S.C. §362(c)(2)(A) (noting that the automatic stay

"continues until the earliest of" several conditions, including the time that the bankruptcy case is closed).

The Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.